1  JULIE E. HOFER, #152185
   julie@donahue.com
2  ERIC A. HANDLER, #224637
   ehandler@donahue.com
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
5  Telephone:     (510) 451-0544
   Facsimile:      (510) 832-1486
6
   Attorneys for Plaintiffs
7  PEARSON EDUCATION, INC., JOHN
   WILEY & SONS, INC., CENGAGE
8  LEARNING INC. AND THE MCGRAW-
   HILL COMPANIES, INC.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  PEARSON EDUCATION, INC., a            CASE NO.  CV 09-01889-SC
    Delaware corporation; JOHN WILEY &
15  SONS, INC., a New York corporation;   **STIPULATED REQUEST TO CONTINUE
    CENGAGE LEARNING INC., a Delaware     HEARING ON PLAINTIFFS' MOTION
16  corporation; and THE MCGRAW-HILL      FOR ATTORNEY'S FEES; [PROPOSED]
    COMPANIES, INC., a New York           ORDER**
17  corporation,
                                          Current Hearing Date: April 9, 2010
18              Plaintiffs,               Requested Date:       April 30, 2010
                                          Time:                 10:00 a.m.
19        v.                              Dept.:                Courtroom 1, 17th Floor
                                          Judge:                Hon. Samuel Conti
20  DICKSON T. WONG, individually;
    DICKSON T. WONG, as Trustee of the
21  SIERRA SKY REVOCABLE LIVING
    TRUST; DICKSON T. WONG, as Trustee
22  of the XELA REVOCABLE LIVING
    TRUST DATED DECEMBER 25, 2008,
23  a/k/a the XELA REVOCABLE LIVING
    TRUST; and DOES 1-5,
24
                Defendants.
25

26

27

28

---

STIPULATED REQUEST TO CONTINUE HEARING ON ATTORNEY'S FEES        CASE NO. C09-01889-SC

**STIPULATION**

1
2          Pursuant to Civil L.R. 6-2, plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc.,
3     Cengage Learning Inc., and The McGraw-Hill Companies, Inc. (collectively, "Plaintiffs") and
4     defendants Dickson T. Wong, individually, Wong as Trustee of the Sierra Sky Revocable Living
5     Trust, and Wong as Trustee of the Xela Revocable Living Trust Dated Dec 25, 2008, a/k/a the
6     Xela Revocable Living Trust (collectively "Defendants"), by and through their respective
7     counsel, hereby stipulate, agree, and request that the hearing on Plaintiffs' Motion for Attorney's
8     Fees currently scheduled for April 9, 2010 be postponed until April 30, 2010 at 10:00 a.m., and
9     that all related dates be adjusted accordingly.

10         The parties are engaged in negotiations to resolve this matter, have agreed upon the terms
11    of settlement, and are in the process of formalizing a written settlement agreement that, *inter alia,*
12    provides for the withdrawal of Plaintiffs' Motion for Attorney's Fees.  Accordingly, before April
13    30, 2010, the parties anticipate being able to finalize the terms of settlement and thereafter the
14    Plaintiffs will withdraw the pending Motion for Attorney's Fees.

15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

-1-

1        The anticipated effect of the above-requested modification will be to save this Court from

2    expending further time on the Motion for Attorney's Fees if the settlement is concluded before

3    the requested date.  If settlement does not occur before the requested date, there is no anticipated

4    prejudice to the Court or any party.

5        IT IS SO STIPULATED.

6    Dated: April **5**, 2010         DONAHUE GALLAGHER WOODS LLP

7

8                               By: _____

9                                Julie E. Hofer
                            Attorneys for Plaintiffs

10                               PEARSON EDUCATION, INC., JOHN WILEY &
                            SONS, INC., CENGAGE LEARNING INC. AND

11                               THE MCGRAW-HILL COMPANIES, INC.

12   Dated: April **5**, 2010         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
                            POPEO, P.C.

13

14                                By: _____

15                               Robert P. Taylor
                            Attorneys for Defendants

16                               DICKSON T. WONG, an individual
                            DICKSON T. WONG, as Trustee of the SIERRA

17                               SKY REVOCABLE LIVING TRUST
                            DICKSON T. WONG, as Trustee of the XELA

18                               REVOCABLE LIVING TRUST DATED DEC 25,
                            2008, A/K/A THE XELA REVOCABLE LIVING

19                               TRUST

20                                       **ORDER**

21       PURSUANT TO STIPULATION, IT IS SO ORDERED.

22   Dated: ____April 5, 2010____        _____

23                           Hon. Samuel Conti
                        United States District Court

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE HEARING ON ATTORNEY'S FEES    CASE NO. C09-01889-SC